| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

```
STATE OF INDIANA        )        IN THE LAKE CIRCUIT/SUPERIOR COURT
                        ) SS:
COUNTY OF LAKE          )        SITTING IN _____, INDIANA


MATTHEW SMITH,                   )
                                 )
       Plaintiff,                )
                                 )
-vs-                             )
                                 )        CAUSE NO. 45D05 1707 CT 0117
ANONYMOUS HEALTHCARE             )
PROVIDER "A", ANONYMOUS          )
HEALTHCARE PROVIDER "B",         )
ANONYMOUS PHYSICIAN "A",         )
ANONYMOUS PHYSICIAN "B",         )
ANONYMOUS HEALTHCARE             )
PROVIDER "C",                    )
                                 )
       Defendants.               )
```

## COMPLAINT

### COUNT I

Comes now Plaintiff, **MATTHEW SMITH**, and for Count I of this Complaint against Defendant, **ANONYMOUS HEALTHCARE PROVIDER "A"**, alleges and states as follows:

1. At all times relevant hereto, **MATTHEW SMITH,** was a "patient" pursuant to I.C. 34-18-1-1, *et seq.*

2. At all times relevant hereto, **ANONYMOUS HEALTHCARE PROVIDER "A"** was a health care institution duly licensed under the laws of the State of Indiana and "qualified" pursuant to I.C. 34-18-1-1, *et seq.*

3. On or about July 16, 2015, **ANONYMOUS HEALTHCARE PROVIDER "A"**, by and through its skilled personnel, employees and or agents, undertook the care and treatment of **MATTHEW SMITH**.

## COUNT II

Comes now Plaintiff, **MATTHEW SMITH,** and for Count II of this Complaint against Defendant, **ANONYMOUS HEALTHCARE PROVIDER "B",** alleges and states as follows:

1. At all times relevant hereto, **MATTHEW SMITH,** was a "patient" pursuant to I.C. 34-18-1-1, *et seq.*

2. At all times relevant hereto, **ANONYMOUS HEALTHCARE PROVIDER "B"** was a health care institution duly licensed under the laws of the State of Indiana and "qualified" pursuant to I.C. 34-18-1-1, *et seq*.

3. On or about July 16, 2015, **ANONYMOUS HEALTHCARE PROVIDER "B",** by and through its skilled personnel, employees and or agents, undertook the care and treatment of **MATTHEW SMITH**.

4. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS HEALTHCARE PROVIDER "B",** by and through its skilled personnel, employees, and agents had a duty to act within the applicable standard of care.

5. In caring for and treating **MATTHEW SMITH**, the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "B"** failed to comply with the applicable standards of care.

6. At all times relevant hereto, the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "B"** were acting within the scope of their agency and employment relationship with **ANONYMOUS HEALTHCARE PROVIDER "B"**.

7. As a direct and proximate result of said acts and omissions on the part of the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "B",** **MATTHEW SMITH** suffered pain and suffering.

**GROUP EXHIBIT 1**

4. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS HEALTHCARE PROVIDER "A"**, by and through its skilled personnel, employees, and agents had a duty to act within the applicable standard of care.

5. In caring for and treating **MATTHEW SMITH**, the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "A"** failed to comply with the applicable standards of care.

6. At all times relevant hereto, the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "A"** were acting within the scope of their agency and employment relationship with **ANONYMOUS HEALTHCARE PROVIDER "A"**.

7. As a direct and proximate result of said acts and omissions on the part of the skilled personnel, employees, and agents of **ANONYMOUS HEALTHCARE PROVIDER "A"**, **MATTHEW SMITH** suffered pain and suffering.

*WHEREFORE,* the Plaintiff prays for damages against the Defendant, **ANONYMOUS HEALTHCARE PROVIDER "A"**, as are reasonable in the premises, the costs of this action, pre-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

_____
Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy
Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

**GROUP EXHIBIT 1**

*WHEREFORE,* the Plaintiff prays for damages against the Defendant, **ANONYMOUS HEALTHCARE PROVIDER "B"**, as are reasonable in the premises, the costs of this action, pre-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy, Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

## COUNT III

Comes now Plaintiff, **MATTHEW SMITH**, and for Count III of this Complaint against Defendant, **ANONYMOUS PHYSICIAN "A",** alleges and states as follows:

1. At all times relevant hereto, **MATTHEW SMITH,** was a "patient" pursuant to I.C. 34-18-1-1, *et seq.*

2. At all times relevant hereto, **ANONYMOUS PHYSICIAN "A"** was a health care provider "qualified" pursuant to I.C. 34-18-1-1, *et seq.*

3. At all times relevant hereto, **ANONYMOUS PHYSICIAN "A"** was a physician duly licensed to practice medicine under the laws of the State of Indiana.

4. On or about July 16, 2015, **ANONYMOUS PHYSICIAN "A"** undertook the care and treatment of **MATTHEW SMITH**.

5. In caring for and treating **MATTHEW SMITH, ANONYMOUS PHYSICIAN "A"** had a duty to act within the applicable standard of care.

**GROUP EXHIBIT 1**

6. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS PHYSICIAN "A"** failed to comply with the applicable standard of care.

7. As a direct and proximate result of said acts and omissions on the part of **ANONYMOUS PHYSICIAN "A"**, **MATTHEW SMITH** suffered pain and suffering.

**WHEREFORE,** the Plaintiff prays for damages against the Defendant, **ANONYMOUS PHYSICIAN "A"**, as are reasonable in the premises, the costs of this action, pre-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

_____
Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy, Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

### COUNT IV

Comes now Plaintiff, **MATTHEW SMITH**, and for Count IV of this Complaint against Defendant, **ANONYMOUS PHYSICIAN "B"**, alleges and states as follows:

1. At all times relevant hereto, **MATTHEW SMITH,** was a "patient" pursuant to I.C. 34-18-1-1, *et seq.*

2. At all times relevant hereto, **ANONYMOUS PHYSICIAN "B"** was a health care provider "qualified" pursuant to I.C. 34-18-1-1, *et seq.*

3. At all times relevant hereto, **ANONYMOUS PHYSICIAN "B"** was a physician duly licensed to practice medicine under the laws of the State of Indiana.

4. On or about July 16, 2015, **ANONYMOUS PHYSICIAN "B"** undertook the care and treatment of **MATTHEW SMITH**.

5. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS PHYSICIAN "B"** had a duty to act within the applicable standard of care.

6. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS PHYSICIAN "B"** failed to comply with the applicable standard of care.

7. As a direct and proximate result of said acts and omissions on the part of **ANONYMOUS PHYSICIAN "B"**, **MATTHEW SMITH** suffered pain and suffering.

*WHEREFORE*, the Plaintiff prays for damages against the Defendant, **ANONYMOUS PHYSICIAN "B"**, as are reasonable in the premises, the costs of this action, pre-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy, Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

## COUNT V

Comes now Plaintiff, **MATTHEW SMITH**, and for Count V of this Complaint against Defendant, **ANONYMOUS HEALTHCARE PROVIDER "C"**, alleges and states as follows:

1. At all times relevant hereto, **MATTHEW SMITH,** was a "patient" pursuant to I.C. 34-18-1-1, *et seq*.

**GROUP EXHIBIT 1**

2. At all times relevant hereto, **ANONYMOUS HEALTHCARE PROVIDER "C"** was a health care provider "qualified" pursuant to I.C. 34-18-1-1, *et seq*.

3. At all times relevant hereto, **ANONYMOUS HEALTHCARE PROVIDER "C"** was a physician duly licensed to practice medicine under the laws of the State of Indiana.

4. On or about July 16, 2015, **ANONYMOUS HEALTHCARE PROVIDER "C"**, undertook the care and treatment of **MATTHEW SMITH**.

5. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS HEALTHCARE PROVIDER "C"** had a duty to act within the applicable standard of care.

6. In caring for and treating **MATTHEW SMITH**, **ANONYMOUS HEALTHCARE PROVIDER "C"** failed to comply with the applicable standards of care.

7. As a direct and proximate result of said acts and omissions on the part of **ANONYMOUS HEALTHCARE PROVIDER "C"**, **MATTHEW SMITH** suffered pain and suffering.

***WHEREFORE,*** the Plaintiff prays for damages against the Defendant, **ANONYMOUS HEALTHCARE PROVIDER "C"**, as are reasonable in the premises, the costs of this action, pre-judgment interest and for all other just and proper relief in the premises.

Respectfully submitted,

*[signature]*
Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy, Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

**GROUP EXHIBIT 1**

## JURY DEMAND

***COMES NOW*** the plaintiff, by counsel, and demands trial by jury.

Respectfully Submitted,

_____
Ray Gupta (#18672-45)
Jeff K. Williams (#25155-64)
833 West Lincoln Hwy, Suite 380E
Schererville, IN 46375
Attorneys for Plaintiff

**GROUP EXHIBIT 1**